IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

VERNON LEE HARRY, JR., )
)
    Plaintiff, )
v. ) Civil Action No. 3:11cv816–HEH
)
LINDA SUDATH, )
)
    Defendant. )

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

By Memorandum Order entered on January 10, 2012, the Court conditionally docketed Plaintiff's action. The January 10, 2012 Memorandum Order informed Plaintiff that he must immediately advise the Court in the event he is transferred, released or otherwise relocated while the action is pending. On December 17, 2012, United States Postal Service returned a November 16, 2012 Memorandum Order to the Court marked, "RETURN TO SENDER," "NOT DELIVERABLE AS ADDRESSED," and "UNABLE TO FORWARD." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

It is so ORDERED.

                                            /s/
                                HENRY E. HUDSON
Date: Feb 28 2013         UNITED STATES DISTRICT JUDGE
Richmond, Virginia